# EXHIBIT 2

|  |  |
|---|---|
|  | IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA |
|  | GENERAL JURISDICTION DIVISION |
| JACK W. NICKLAUS, | CASE NO. 50-2023-CA-009653-XXXX-MB |
| Plaintiff, |  |
| v. |  |
| HOWARD P. MILSTEIN, ANDREW W. O'BRIEN, and NICKLAUS COMPANIES, LLC |  |
| Defendants. _____/ |  |

**DEFENDANTS', HOWARD P. MILSTEIN, ANDREW W. O'BRIEN AND NICKLAUS COMPANIES, LLC, NOTICE OF FILING NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA**

Defendants, HOWARD P. MILSTEIN ("Milstein"), ANDREW W. O'BRIEN ("O'Brien") and NICKLAUS COMPANIES, LLC ("NC, LLC") (collectively, the "Defendants"), by and through their undersigned counsel, hereby gives Notice of Filing Defendants' Notice of Removal in the United States District Court, Southern District of Florida. A copy of Defendants' Notice of Removal is attached hereto as **Exhibit 1**, without the composite exhibit attached thereto. As a result this Court respectfully "shall proceed no further unless and until the case is remanded." 28 U.S.C. §1446(d).

Dated: May 11, 2023

Respectfully submitted,
**COLE, SCOTT & KISSANE, P.A.**
Esperanté Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone (561) 383-9200
Facsimile (561) 683-8977

By:  */s/ Justin B. Levine*
JUSTIN B. LEVINE
Florida Bar No.: 106463
LIZZA C. CONSTANTINE
Florida Bar No.: 1002945
TRE'ANA THOMPSON
Florida Bar No.: 1031361

*Counsel for Defendants Howard P. Milstein, Andrew W. O'Brien, and Nicklaus Companies, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of May, 2023, a true and correct copy of the foregoing was filed with the Clerk of Palm Beach County by using the Florida Courts e-Filing Portal, which will send an automatic e-mail message to all counsel of record.

 */s/ Justin B. Levine*
JUSTIN B. LEVINE
Florida Bar No.: 106463